UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LILIA PEREZ, SEGUNDO GONZALEZ, and IMELDA BAEZ, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>　　-against-<br>BABY TIME INTERNATIONAL INC., DREAMSCAPE BEDDING INNOVATIONS INC., DREAMSCAPE SLEEP INNOVATIONS INC., DREAMSCAPE BEDDINGS INNOVATIONS INC., MENASHE BATTAT and SHAUL REJWAN a/k/a SHAUL REGWAN,<br>　　　　　　　　　　Defendants. | Civil Action 2:24-cv-00960-EP-SDA<br><br>**STIPULATION OF DISMISSAL** |

**WHEREAS,** Plaintiffs LILIA PEREZ, SEGUNDO GONZALEZ, and IMELDA BAEZ ("Plaintiffs") filed the above-captioned action against Defendants BABY TIME INTERNATIONAL INC., DREAMSCAPE BEDDING INNOVATIONS INC., DREAMSCAPE SLEEP INNOVATIONS INC., DREAMSCAPE BEDDINGS INNOVATIONS INC., MENASHE BATTAT and SHAUL REJWAN a/k/a SHAUL REGWAN ("Defendants") (Defendants and together with Plaintiff, the "Parties"); and

WHEREAS, the Parties have a genuine dispute regarding Plaintiffs' claims; and

WHEREAS, the Parties reached an agreement amicably resolving their dispute;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs and Defendants, having reached an agreement amicably resolving their dispute, and the Parties appearing through counsel, hereby stipulate, based on the commitment of the parties, as follows:

1. Plaintiffs dismiss this matter with prejudice as to all Defendants; and

2. Each party shall bear its own costs and fees, including attorneys' fees; and

IT IS SO ORDERED on this <u>23rd</u> day of January, 2025

_____
Hon. Evelyn Padin U.S.D.J.

The form and substance of this Order is hereby consented to by:

**HARRISON HARRISON & ASSOCIATES, LTD**
By: _/s/ David Harrison_
    David Harrison, Esq.
    110 Highway 35, Suite 10
    Red Bank, NJ 07701
    Telephone: (718) 799-9111
    *Attorney for Plaintiffs*

**DONNELLY MINTER & KELLY, LLC**
By: _/s/ David Blackwell_
    David Blackwell, Esq.
    Patrick B. Minter, Esq.
    163 Madison Avenue, Suite 320
    Morristown, New Jersey 07960
    Telephone: (973) 200-6400
    *Attorneys for Defendants*

**MASSOUD & PASHKOFF, LLP**
By: _____
    Ahmed Massoud, Esq.
    Lisa Pashkoff, Esq.
    950 Third Avenue, Suite 901
    New York, NY 10022
    Telephone: (212) 257-1816
    *Attorneys for Defendants*

**SCHENCK PRICE, SMITH & KING LLP**
By: _/s/ Joseph Maddaloni_
    Joseph Maddaloni, Esq.
    Matthew R. Parker, Esq.
    220 Park Avenue, PO Box 991
    Florham Park, NJ 07932
    Telephone: 973-540-7318
    *Attorneys for Defendants*